

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| RAYMOND JOE TAYLOR, | § | No. 08-12-00143-CR |
| Appellant, | § | Appeal from the |
| v. | § | 355th Judicial District Court |
| THE STATE OF TEXAS, | § | Hood County, Texas |
| Appellee. | § | Cause No. CR11748 |
| | § | |

## **O R D E R**

The Court on its own motion ORDERS the Official Court Reporter for the 355th Judicial District Court of Hood County, Texas to prepare a supplemental reporter's record with the Original State's Exhibit 5 (DVD). The supplemental reporter's record is due with this Court on or before December 23, 2013. The Clerk of this Court will return the original exhibits to the Official Court Reporter for the 355th Judicial District Court of Hood County, Texas, after final disposition of this appeal.

IT IS SO ORDERED THIS 3RD DAY OF DECEMBER, 2013.


PER CURIAM


Before McClure, C.J., Rivera and Rodriguez, JJ.